UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

**COALITION TO MARCH ON THE RNC**,

        Plaintiff,

v.

**CITY OF MILWAUKEE, CAVALIER JOHNSON in his official capacity as Mayor of the City of Milwaukee, and JERREL KRUSCHKE in his official capacity as Commissioner of Public Works for the City of Milwaukee**,

        Defendants.

Civil Action No:

## MOTION FOR A PRELIMINARY INJUNCTION

Plaintiff Coalition to March on the RNC, respectfully moves this Court, under Fed. R. Civ. P. 65(a), for preliminary injunctive relief striking down the City of Milwaukee's Special Event Ordinance as unconstitutional and further seeks a temporary restraining order prohibiting Defendants from enforcing the portions of City of Milwaukee's Special Event Ordinance that go into effect the week of the Republican National Convention, on the grounds that it violates the Coalition's Constitutionally-protected rights to assemble, speak and march as part of activities planned to occur during the convention. This Motion is supported by the supporting Memorandum, and by the Complaint and accompanying declarations and exhibits, which are incorporated herein by reference.

Dated:  June 5, 2024                                      Respectfully submitted,


ACLU OF WISCONSIN FOUNDATION

By: /s R. Timothy Muth

RYAN V. COX
R. TIMOTHY MUTH
ACLU of Wisconsin Foundation
207 E. Buffalo Street, Suite 325
Milwaukee, WI 53202
Phone:  414-272-4032
Fax:  414-272-0182
tmuth@aclu-wi.org

*Attorneys for the Coalition to March*

1