Exhibit 1



**Route**

1) Turn SOUTH on Water St
2) Continue SOUTH on Water St
3) Turn WEST on Wisconsin Ave
4) Continue WEST on Wisconsin Ave
5) Turn NORTH on 4th/Vel Philips
6) Turn WEST on Wells St
7) Turn NORTH on 6th Ave
8) Continue NORTH on 6th Ave
9) Turn EAST on Juneau Ave
10) Turn SOUTH on Water St
11) Return to Red Arrow Park