



Pere Marquette Park is mentioned by City as possible location of speaker's platform. Street view photo looks towards FiServ Forum from the northwest corner of the park, the point closest to the arena.