Exhibit 7

From: **2024events,** <2024events@milwaukee.gov>
Date: Wed, Apr 24, 2024 at 10:15 AM
Subject: 2024 RNC (July 15-July 18) Demonstration Speakers Platform and Parade
To: staff@marchonrnc2024.org <staff@marchonrnc2024.org>

Good morning,

Thank you for signing up for a time slot for the 2024 RNC Demonstration Speakers Platform and Parade. Your submission has been received. We will follow up with more information soon.

Thanks,



City of Milwaukee
Office of Mayor Cavalier Johnson

2024events@milwaukee.gov
(414) 286-2200
200 E Wells St, Room 201, Milwaukee, WI 53202
**city.milwaukee.gov**

  

The content of this email is confidential and intended for the recipient specified in the message only. It is strictly forbidden to share any part of this message with any third party, without the written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

The City of Milwaukee is subject to Wisconsin Statutes related to public records. Unless otherwise exempted from the public records law, senders and receivers of City of Milwaukee e-mail should presume that e-mail is subject to release upon request, and is subject to state records retention requirements. See City of Milwaukee full e-mail disclaimer at www.milwaukee.gov/email_disclaimer