Exhibit 15



**Coalition to March on the RNC 2024**
March 18

We continue to fight for a fair permitting process, and to keep MPD hands off our movement.

It is our right to protest and march within sight and sound of the Republican National Convention to denounce their racist and reactionary agenda.

URBANMILWAUKEE.COM
**City Hall: Lawsuit Likely Over RNC Free Speech Stage**
Committee endorses plan despite concerns from Coalition to March on the RNC.



**Coalition to March on the RNC 2024**
March 7

Coalition to March on the RNC 2024 members raised concerns over a proposed City ordinance debated this morning, which would give City officials and Police excessive control over protests and speeches, including control over the sound system and microphone.

We have been clear in our demands for several months, we will march on the first day of the Republican National Convention, July 15th, within sight and sound the convention. We expect our right to hold a mass family friendly protest against the racist and reactionary Republican agenda to be honored without interference of the Milwaukee Police Department in our program.

March on the Republican National Convention 2024

#MarchontheRNC



CBS58.COM
**Milwaukee's Public Works debates free speech and demonstrations ahead of RNC**
MILWAUKEE (CBS 58) – Officials at Milwaukee's Public Works Committee debated an ordinanc...

Milwaukee, WI – The Coalition to March on the RNC is hosting an organizing conference on February 17 in Milwaukee, Wisconsin.

Activists from across the U.S. will gather at the conference to unite around a plan to rally on the opening day of the Republican National Convention, Monday, July 15.

"We are looking to consolidate plans with all forces that are against the Republicans' racist and reactionary agenda. We are also looking to inform leaders across the country as to what the situation on the ground in Milwaukee looks like as we prepare to march to within sight and sound of the front doors of the convention," said Omar Flores, spokesperson in Milwaukee for the Coalition to March on the RNC.

Flores continued, "Since the convention was announced, we've been demanding the city of Milwaukee give us a permit to march on the RNC. We also oppose suspending police rules during the march on the RNC, like those covering the release of body camera footage of critical incidents. Why do the rules governing police conduct go out the window when a big national protest against the rich and arrogant is coming to Milwaukee?"

Press Contact:
Aurelia Ceja Co-Chair of Coalition to March on the RNC 2024
Email: staff@marchonrnc2024.org



Coalition to March on the RNC 2024

FOR IMMEDIATE RELEASE

## Coalition to March on the RNC 2024 Plans Rally to Demand City Approve Second Permit Application

[Milwaukee, WI] - At **3pm on Friday, September 22nd**, the Coalition to March on the RNC 2024 will be holding a press conference in front of Milwaukee City Hall (**200 E Wells St, Milwaukee, Wisconsin**) to announce the submission of a permit request for protesting on day 1 of the Republican National Convention, happening on Monday, July 15th, 2024.

The Coalition submitted its first permit application months ago to march within sight and sound of the 2024 RNC, but it was denied by City Hall with little explanation. In response to the Coalition's recent protests of the Republican Primary Debate, Mayor Cavalier Johnson said "You have 1st Amendment rights, we want you to be able to use those 1st Amendment rights."

We are calling on Mayor Johnson to back up his words with action by approving our permit to protest the RNC.

"It is our legal and constitutional right to protest the Republican Party's racist and reactionary agenda. We are demanding the City stop playing games to delay our permit," Said Aurelia Ceja, Co-Chair of the Coalition to March on the RNC 2024.

*The Coalition to March on the RNC 2024 consists of dozens of local and national grassroots, community, and labor organizations united around three principles:*

1) *Fight the racist and reactionary Republican agenda!*
2) *Abortion access now!*
3) *Peace, justice, and equality for all!*

*The Coalition is leading the mass family-friendly rally and march on the first day of the Republican National Convention at the Fiserv Forum in Milwaukee, Wisconsin on Monday, July 15th, 2024.*

###