Exhibit 16

 Adelana Akindes <akindeslana@gmail.com>

# March on the RNC Permit

**Speth, Germaine** <gspeth@milwaukee.gov>  Wed, Apr 12, 2023 at 1:54 PM
To: Adelana Akindes <akindeslana@gmail.com>, "SPECIALEVENTS, DPW" <DPW.SPECIALEVENTS@milwaukee.gov>
Cc: "staff@marchonrnc2024.org" <staff@marchonrnc2024.org>, "tracey.pollock@gmail.com" <tracey.pollock@gmail.com>, "Washington, James" <jmwashi@milwaukee.gov>

Good Afternoon,

Applications for special event permits cannot be accepted when submitted more than 6 months prior to the event date. Use of the public right-of-way has many variables including construction projects, road repair work, utility access and contractual obligations which preclude the acceptance of early applications.

Please contact me any time if I can be of assistance.

Kind regards,

Germaine Speth

Special Events Permit Office

841 North Broadway, Room 501

Milwaukee, WI  53202

414.286.3915

---

**From:** Adelana Akindes <akindeslana@gmail.com>
**Sent:** Wednesday, April 12, 2023 1:32 PM
**To:** SPECIALEVENTS, DPW <DPW.SPECIALEVENTS@milwaukee.gov>
**Cc:** staff@marchonrnc2024.org; tracey.pollock@gmail.com
**Subject:** March on the RNC Permit

> You don't often get email from akindeslana@gmail.com. Learn why this is important

[Quoted text hidden]

The City of Milwaukee is subject to Wisconsin Statutes related to public records. Unless otherwise exempted from the public records law, senders and receivers of City of Milwaukee e-mail should presume that e-mail is subject to release upon request, and is subject to state records retention requirements. See City of Milwaukee full e-mail disclaimer at www.milwaukee.gov/email_disclaimer