Exhibit 17



**Adelana Akindes <akindeslana@gmail.com>**

---

# March on the RNC Permit

---

**Adelana Akindes** <akindeslana@gmail.com>      Wed, Apr 12, 2023 at 1:32 PM
To: dpwspecialevents@milwaukee.gov
Cc: staff@marchonrnc2024.org, tracey.pollock@gmail.com

Good afternoon,

My name is Adelana Akindes. I applied for a Special Events Permit earlier today on behalf of the Coalition to March on the RNC. I was also part of the group that applied for the permit for the Coalition to March on the DNC in 2020.

Since the application process is different this time as it's completely online, we wanted to make sure everything looks good on our end. We were also wondering if we'd be able to add an alternate applicant, since this was an option before the process went fully online.

We're well aware that this event is more than a year away. However we wanted to get a headstart on applying for a permit well in advance.

I look forward to hearing from you and continuing forward in this process.

Adelana Akindes