Exhibit 18

"Special Event" means any planned extraordinary, temporary use of the public right of way or public premises of 25 people or more including but not limited to parades, processions, demonstrations, bicycle or foot races, and festivals.

PLEASE NOTE: Applications should be submitted 30 days prior to the event (90 days prior to Downtown events). This will allow enough time for the review and approval process by the District Alderperson, Department of Public Works, and the Milwaukee Police Department. If you submit your application outside of the timeframe, you are acknowledging that your application may not be processed.

The "Special Event Notification and Approval Petition" must be signed by property owners or their representatives who will be directly impacted by the event and uploaded for submission with the Special Event Permit Application. If you do not believe you are required to get petition signatures, please upload a letter/statement explaining why.

A Certificate of Insurance listing the City of Milwaukee as an additional insured must be furnished for all Class A, B, and C events as detailed in the Special Event Permit Ordinance:

> b-1. Each applicant for a Class A, B or C event shall furnish with the application fee submitted to the department of public works a certificate of insurance written by a company licensed in the state of Wisconsin, approved by the city and covering any and all liability or obligations which may result from the operations by the applicant's employes, agents, contractors or subcontractors, and including worker's compensation coverage in accordance with ch. 101, Wis. Stats. The certificate shall provide that the company will furnish the city with a 10-day written notice of cancellation, non-renewal or material change. The insurance shall be written in comprehensive form and shall protect the applicant and city against all claims arising from injuries to members of the public or damage to property of others arising out of any act or omission of the applicant, its employes, agents, contractors and subcontractors.

> b-2. The policy of insurance shall provide minimum combined single bodily injury and property damage of $1,000,000, or such other insurance as deemed to be adequate by the city attorney.

If you have any questions, please contact the Department of Public Works Special Event Permit Office at (414) 286-3915.

# Permit Applicant Information

First name: Omar

Last name: Flores

Organization/business name: Coalition to March on the RNC

Address: 1228 E Brady Street, Suite 203

City: Milwaukee

State: WI

Zip Code: 53202

Email address: staff@marchonthernc2024.org

Phone number: 262-412-4210

## Event Information

Event name: The March on the RNC

Type of event: Other

If other, please describe: Demonstration
(family reunion, birthday party, etc.)

Estimated number of participants: 1.000+

Date of event: 7/15/2024

Time permitted area will be closed (including setup): 10am

Time permitted area will be open to traffic (including cleanup): 10pm

Event start time: 10am

Event end time: 10pm

Enter a detailed description of the event:

> The March on the RNC will be a public, family friendly demonstration put on the by the Coalition to March on the RNC, comprised of a wide range of organizations, to march and rally within sight and sound of the RNC on its first day.

Street closure is requested: Yes

If yes, list all requested street closures. (*FOR EXAMPLE: North Water Street from East Kilbourn Avenue to East State Street - or for bicycle races, runs, rides, parades, etc. include a detailed route*)

> Beginning at Red Arrow Park, south along Water to Wisconsin, west to North 4th Street, north to Wells, west to North 6th St, north to Juneau Avenue, east to Water Street, north to Red Arrow Park.

Upload detailed route if necessary: [ Choose File ] No file chosen

If no street closure is requested, describe what portion of the public right-of-way you are requesting to occupy. (i.e.. curb lane on the west side of N Water St between E Juneau Av and E State St, or sidewalk adjacent to the property located at 841 N Broadway, etc.)

Are there parking meters within the permitted area? Yes

If yes, list the meter numbers: N/A

## Equipment Request

Garbage carts $25 each: ☐

Festival box dumpsters (7'x7'x6'=6 cubic yards): ☐

1-3 dumpsters = $180
4-6 dumpsters = $360
7-9 dumpsters =$540

## Recycling Information

State law and city ordinance (79-35) require all events to recycle the following items: bottles and jars made of glass or plastic (#1 and #2 only- no cups), metal cans, and cardboard.

Select recycling option:

Not Applicable

If City recycling service is requested, indicate equipment needs below:

Number of Recycling Carts [ ]

Number of Recycling Dumpsters [ ]

Location carts should be placed: [ ]

Location dumpsters should be placed:
[ ]

Upload diagram if necessary: [Choose File] No file chosen

## Special Event Approval Petition and Other Supporting Documentation

(A document must be uploaded below, either a petition or a document explaining why the requirement should be waived)

[Choose File] No file chosen
[Choose File] No file chosen
[Choose File] No file chosen

# Permit Application Requirements and Additional Information

- Noise Variance Permit - issued by the Department of Neighborhood Services for amplified sound in conjunction with an event. They can be reached at (414) 286-3280.
- Alcoholic beverages; food; sale of non-food items such as T-shirts; or if you will have carnival rides - contact the City Clerk's License Division at (414) 286-2238.
- Permits for tents larger than 600 square feet and having two or more sides, bleachers, non-chemical portable toilets, fireworks, carnival rides and use of LP gas are issued by the Department of City Development. They can be reached at (414) 286-8211.

Other permits which may be necessary for your event include:

1. Fees vary with the size and nature of the event and equipment and services requested. The Police Department determines the classification of events - A, B, C, or D - according to the number of police service hours required. By ordinance, applicants for Class A, B and C events must furnish with the application fee an original certificate of insurance which provides minimum combined single limits for bodily injury and property damage of $1,000,000, naming the City of Milwaukee as additional insured. A complete copy of the ordinance is available from the Special Event Permit Office. Private businesses and non-profit organizations, including churches, are charged event fees. By ordinance, fees are due within five days after the application has been approved by the Department of Public Works, the Milwaukee Police Department and the local alderperson. Fees are payable by cash, charge, or a check made payable to "City of Milwaukee."
2. The permit holder is responsible for any damage to plantings, grass and irrigation systems on city boulevards and green spaces. A deposit of $500 for the use of each stretch of boulevard and/or green space is required prior to issuance of the permit. An additional deposit may be required for trees. Permit holder is responsible for cleanup of garbage and litter generated by the event.

This permit includes the following provisions to which applicant agrees by signature:

Proposed routes may be altered at the discretion of the Police Department and the Department of Public Works.

In addition to the petition, flyers which detail the event must be distributed to those living and/or working in the area at least five days prior to the event. The flyer must include the nature of the event, date, time, and contact information for a representative who can answer questions or concerns relative to the event. The flyer and a list of recipients must be attached to this application upon submittal.Applications are to be submitted at least 30 days prior to the event- except Downtown events, which must be submitted at least 90-days prior to the event. To ensure community support, applicants are required to submit a neighborhood notification and approval petition with each application. Signatures must be obtained from those who will be directly affected by the event.

*I, the [applicant, requestor, etc.] for this Special Event Permit Application, warrant the truthfulness of the information provided in this application. This permit is subject to the Milwaukee Code of Ordinances, the City Charter and all rules and regulations governing street rights-of-way. The applicant agrees to indemnify and save harmless the City from and against all liabilities, claims, demands, judgments, losses and all suits at law or in equity, cost and expenses, including reasonable attorney fees, for injury or death of any person or loss or damage to the property of any person firm, organization or corporation, including both parties hereto and their employees, arising from the holding of such special event. The applicant agrees that during the use of the public area, the sponsoring organization will not exclude any person from participation in, deny anyone the benefits of, or otherwise subject anyone to discrimination because of race, color, national origin or handicap.*

☐ I understand that checking this box constitutes a legal signature confirming that I acknowledge and agree to the above Terms of Acceptance.

☑ I understand that checking this box constitutes a legal signature confirming that I acknowledge and agree to the above Terms of Acceptance.

Electronic Signature:

Omar Flores

(please type first and last name)

Submit

The Block Party Permit/Special Event Permit Application you have submitted to the Department of Public works has been received. If you have submitted a complete application by the appropriate submission deadline, your application will be referred to the appropriate city departments and to the local aldermanic office for approval. If you have any questions, contact the Special Event Permit Office at dpwspecialevents@milwaukee.gov or call (414) 286-3915.