Exhibit 20

1 - 6th and Juneau

2 – Vel Philips and McKinley

3 – MLK and McKinley

4 – MLK and Juneau

5 – MLK and Highland

6 – Vel Philips and Highland

7 – Vel Philips and State

