Exhibit 3

