Exhibit 8

**R. Timothy Muth** <tmuth@aclu-wi.org>  Mon, Mar 18, 2024 at 3:40 PM
To: rjbauma@milwaukee.gov, Mark.Borkowski@milwaukee.gov, jonathan.brostoff@milwaukee.gov, mark.chambers@milwaukee.gov, mcoggs@milwaukee.gov, Marina@milwaukee.gov, mmurph@milwaukee.gov, jperez@milwaukee.gov, Khalif.Rainey@milwaukee.gov, Scott.Spiker@milwaukee.gov, Russell.Stamper@milwaukee.gov, JoCasta.Zamarripa@milwaukee.gov, lamont.westmoreland@milwaukee.gov, aide1@milwaukee.gov, Larresa.Taylor@milwaukee.gov
Cc: "Block, Kathryn" <kblock@milwaukee.gov>

Dear President Pérez and Members of the Common Council,

We thank the Public Works Committee for amending the proposed ordinance (File # 231740) in response to our filed written testimony to extend parade times through 7 p.m. in the evening, although we continue to believe that 9 p.m. would be more appropriate. The amendment from the Chief of Police to the Commissioner of the Department of Public Works as the person who has the ability to decide on revocation of permits does not address our concerns about denials of access to the Official Parade Route and Speaker's Platform. Other concerns described in our testimony have also not been cured.

Rather than adopt the ordinance at this time, we urge the ordinance be sent back to Public Works to work on adopting an ordinance which complies with the First Amendment.

Thank-you for your attention to this matter.

# R. Timothy Muth
*Staff Attorney*

ACLU of Wisconsin Foundation, Inc.
207 E. Buffalo St., Suite 325
Milwaukee, WI 53202-5774
414-272-4032
www.aclu-wi.org

Pronouns: he,him



The information in this e-mail message and any attachments is from an attorney. It is confidential and may be protected by the attorney's work product doctrine and/or the attorney-client privilege. It is intended solely for the addressee(s); access to anyone else is strictly prohibited. If you have received this message in error, do not review, disseminate, distribute or copy it or any attachments. Please notify the sender by reply e-mail that you have received the message in error, then delete the message and attachments. Thank you for your cooperation.