Exhibit 9

(03/28/24, 3:46 PM) Hi, Kim Kathy Block in the City Attorney's office in Milwaukee. Um, you know, we had a discussion and we decided it was probably best if your client, the march on the RNC filled out a, um, parade permit application. Um, we're still holding their place in line. Um, but you know, the applications got things like, yeah, we understand the tools and, you know, that audio equipment is gonna be provided and all that stuff. So we would like them to submit an application. Um, just so that, you know, there's an acknowledgment of the rules and, you know, you gotta show up 15 minutes before your spot. Uh, don't quote me on the time. I know it's a certain amount of minutes before your designated time and all those kind of things. So anyway, if you could have your um, client fill out an application, it would be appreciated. Um I think I had heard they had not filled out a spot for the podium. Um, just as an fyi, I mean, obviously there's lots of spots available as far as I understand that there have not been a lot of applicants. Um So you may wanna let them know um to jump on that as well. Um If you have any questions, feel free to give me a call. Um I think you've got my cell phone ▮▮▮▮▮▮▮▮. Feel free to give me a call back if you've got any questions or concerns. Thanks. I.