Exhibit 10

# 2024 RNC (July 15-July 18) Demonstration Speakers Platform and Parade Sign-Up

* Required

## Instructions:

Time slots for the Official Speakers Platform and Official Parade Route will be between the hours of 11:00 a.m. and 7:00 p.m. on Monday, July 15, 2024, through Thursday, July 18, 2024. The location will be within sight and sound access of the Republican National Convention.

Individuals wishing to participate in the Official Speakers Platform or Parade Route, or both, must register for a time slot by submitting the information in the form below.

**Submission of this application does not guarantee a time slot. There are a limited number of time slots available and time slots will be filled on a first-come, first-serve basis. Preference for specific dates and times will be considered but are not guaranteed based on availability.**

The following regulations should be noted.

- A person or organization may only reserve one timeslot at a time. If additional timeslots are requested for the same organization, they may be awarded if additional timeslots are available after the June 30, 2024 registration deadline.
- If an applicant signs up as an individual, then only that applicant may participate during the timeslot. If an applicant signs up on behalf of a group (not affiliated with an organization) or an organization, that applicant is responsible for everybody in your group or organization abiding by these regulations.
- Timeslots are non-transferable.
- The registrant, or designee of the registrant, must check in no later than 30 minutes before their assigned time. Failure to appear timely may result in losing your spot.
- Personal sound equipment is not permitted for the official speakers platform; the City of Milwaukee will provide all microphones and sound amplification equipment.
- Failure to fully complete the registration may result in failure to obtain a time slot.
- By submitting this form, you acknowledge that the information you provide will result in the creation of a public record that may be subject to disclosure by applicable law.
- No person or organization may use an official speaker's platform without first registering to do so.
- Motorized vehicles and bicycles will not be permitted in the parade route.
- Upon completion of the parade use or the official speaker's platform, participants must immediately clear the parade route or speaker's platform, respectively.
- Assigned timeslots will be communicated to applicants closer to the event.
- This registration is governed by an ordinance created in Legislative File #231740. Any person violating any provision of this ordinance shall upon conviction forfeit not more than $500 or, upon default of payment thereof, be imprisoned as provided by law.

- These regulations are subject to change.

**Registration will close on June 30, 2024 or once all time slots are filled, whichever comes first.**

1. Applicant Full Name *

   Enter your answer

2. Applicant's Date of Birth *

   Enter your answer

3. Applicant's Home Address *

   Enter your answer

4. Are you signing up as an individual, group (not affiliated with an Organization) or an Organization? *

   ○ Individual

   ○ Group (not affiliated with an Organization)

   ○ Organization

5. Name of Organization (if applicable)

   Enter your answer

6. Organization's Address (if applicable)

Enter your answer

7\. Applicant's Email *

Enter your answer

8\. Applicant's Phone Number *

Enter your answer



This content is created by the owner of the form. The data you submit will be sent to the form owner. Microsoft is not responsible for the privacy or security practices of its customers, including those of this form owner. Never give out your password.

**Microsoft Forms** | AI-Powered surveys, quizzes and polls  Create my own form

Privacy and cookies | Terms of use

2024 RNC (July 15-July 18)
Demonstration Speakers Platform and Parade Sign-Up

* Required

## Section

9. Day of Event Contact Person *

   Enter your answer

10. Day of Event Contact Person Cell Phone Number *

    Enter your answer

11. Day of Event Contact Person Email Address *

    Enter your answer

12. What are you signing up for? *

    ○ Parade

    ○ Speaker Platform

    ○ Both Parade **and** Speaker Platform

13. Preferred Time of Day *

- ○ Early Afternoon (11:00 am - 3:00 pm)
- ○ Early Evening (3:00 pm - 7:00 pm)
- ○ No preference

14. Preferred Day(s) (check all that apply) *

- ☐ Monday
- ☐ Tuesday
- ☐ Wednesday
- ☐ Thursday
- ☐ No preference

15. Have you, or any person in your group or organization, previously engaged in violent or destructive conduct in connection with a previous parade or other public assembly, in violation of any provisions of the Milwaukee Code of Ordinances or any state or federal laws? *

- ○ Yes
- ○ No

16. By checking this box, you acknowledge you will abide by the demonstration regulations.  *

- ○ I agree
- ○ I do not agree

17. By checking this box, you agree that your answers are true and accurate. *

    ◯ I agree

    ◯ I do not agree


18. The City of Milwaukee is committed to compliance with the Americans with Disabilities Act (ADA) in all aspects of providing equal access to all city-sponsored programs and events and does not discriminate on the basis of disability in the city's services, programs or activities.

    The City of Milwaukee will, upon request, provide auxiliary aids and services leading to effective communication for people with disabilities, including qualified sign language interpreters, assistive listening devices, documents in Braille, and other ways of making communications accessible.

    If you need accommodations to participate in this event; please use the form below. 72 hours *advance notice is necessary to arrange for some accessibility needs.*

    Enter your answer



This content is created by the owner of the form. The data you submit will be sent to the form owner. Microsoft is not responsible for the privacy or security practices of its customers, including those of this form owner. Never give out your password.

**Microsoft Forms** | AI-Powered surveys, quizzes and polls  Create my own form

Privacy and cookies | Terms of use