Exhibit 11



R. Timothy Muth <tmuth@aclu-wi.org>

## Coalition to March Parade Permit Application
1 message

**R. Timothy Muth** <tmuth@aclu-wi.org>             Wed, Apr 17, 2024 at 5:03 PM
To: "Block, Kathryn" <kblock@milwaukee.gov>
Cc: Ryan Cox <rcox@aclu-wi.org>

Dear Attorney Block,

As you know, the ACLU of Wisconsin represents the Coalition to March on the RNC (the "Coalition").  Today the Coalition has re-applied for a parade permit through the online portal created following the recently passed ordinance.

Because the application is an online form, with checkboxes "yes" or "no", and without space to amplify on those answers, we write to make clear the Coalition's position in making this permit application.

1.  Because we do not know the official parade route, the Coalition reserves the right to bring any legal action necessary to fully enjoy its First Amendment Rights and to be within sight and sound of the entrances to the convention venues.

2.  The Coalition reserves the right to object to any changes in permit rules or regulations which the City has reserved the right to make after the adoption of the ordinance.

3.  The Coalition can only affirm that its representative making the application has not been charged with acts of violence or destructive acts in violation of law, and that, as of the date of the application, knows of no plans or intentions of anyone involved in the parade to engage in violent or destructive conduct. We object to any attempt to make this application require the Coalition to make representations concerning all of the potentially thousands of marchers.

4.  The Coalition to March continues to object to the restrictive approach to allocating spots on the official speaker platform, and the limitation that the Coalition as an organization may seek only one 15 minute slot. The Coalition reserves the right to hold a rally in conjunction with the march within, or outside of, the security footprint for the RNC.

5.  The Coalition to March reserves the right to challenge any future ordinances or rules which may be adopted impacting expressive activity during the week of the RNC, including, but not limited to any "prohibited items" ordinance.

Please let me know if you have any questions regarding the position of the Coalition on any of these matters.


**R. Timothy Muth**
*Staff Attorney*

ACLU of Wisconsin Foundation, Inc.
207 E. Buffalo St., Suite 325
Milwaukee, WI 53202-5774
414-272-4032
www.aclu-wi.org

Pronouns: he,him



The information in this e-mail message and any attachments is from an attorney.  It is confidential and may be protected by the attorney's work product doctrine and/or the attorney-client privilege.  It is intended solely for the addressee(s); access to anyone else is strictly prohibited.  If you have received this message in error, do not review, disseminate, distribute or copy it or any attachments.  Please notify the sender by reply e-mail that you have received the message in error, then delete the message and attachments.  Thank you for your cooperation.