

207 East Buffalo Street, Ste 325
Milwaukee, WI 53202
(414) 272-4032
aclu-wi.org

May 30, 2024

Mayor Cavalier Johnson
Jerrel Kruschke, Commr. of Public Works
Milwaukee City Hall

Dear Mayor Johnson and Commissioner Kruschke:

I am writing on behalf of the Coalition to March on the RNC. With less than seven weeks remaining before the start of the Republican National Convention in Milwaukee, the City has still not granted the Coalition's request for a parade permit and still has not published the Official Parade Route.

The Coalition first advised the City of its desired parade route with its original application in April 2023. The Coalition's proposed parade route is set out below:



This parade route passes the test of coming within sight and sound of the Fiserv Forum. It is important for the Coalition that any route being adopted by the City have only small variations from this route.

Any parade route should offer multiple stopping points which are within sight and sound of Fiserv Forum where marchers will be able to communicate their First Amendment protected messages to their intended audience. Those stopping points would include the following.



1 - 6th and Juneau

2 – Vel Philips and McKinley

3 – MLK and McKinley

4 – MLK and Juneau

5 – MLK and Highland

6 – Vel Philips and Highland

7 – Vel Philips and State

Unfortunately, the City has already delayed far too long in disclosing the Official Parade Route, in the granting of permits on that route, and providing time slots on that route. We urge the City to immediately make known to the Coalition and to all other persons planning protest and first amendment activities, the answers to all these open questions.

Sincerely,

R. Timothy Muth
Staff Attorney
ACLU of Wisconsin Foundation


cc Kathryn Block, Asst. City Attorney