UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **COALITION TO MARCH ON THE RNC**, <br><br> Plaintiff, <br><br> v. <br><br> **CITY OF MILWAUKEE, CAVALIER JOHNSON** in his official capacity as Mayor of the City of Milwaukee, and **JERREL KRUSCHKE** in his official capacity as Commissioner of Public Works for the City of Milwaukee, <br><br> Defendants. | Civil Action No: |

## CERTIFICATE OF INTEREST AND RULE 7.1 DISCLOSURE STATEMENT

The undersigned, as counsel of record for Plaintiff, Coalition to March on the RNC, provides the following information in compliance with Federal Rule of Civil Procedure 7.1:

1. Full name of every party the attorney represents in this matter: **Coalition to March on the RNC**

2. Parent corporations and stockholders:

    a. Parent corporations, if any: **N/A**

    b. List of corporate stockholders that are publicly held companies owning 10 percent or more of the stock of the party or amicus: **N/A**

3. The name of all law firms whose partners or associates appear for a party or are expected to appear for the party in this Court: **ACLU of Wisconsin Foundation**

Dated:  June 5, 2024                                    Respectfully submitted,


                                                        ACLU OF WISCONSIN FOUNDATION

                                                        By:   /s R. Timothy Muth_____

                                                        RYAN V. COX
                                                        R. TIMOTHY MUTH
                                                        ACLU of Wisconsin Foundation
                                                        207 E. Buffalo Street, Suite 325
                                                        Milwaukee, WI 53202
                                                        Phone:  414-272-4032
                                                        Fax: 414-272-0182
                                                        tmuth@aclu-wi.org

                                                        *Attorneys for the Coalition to March on the RNC*