EVAN C. GOYKE
City Attorney

MARY L. SCHANNING
ROBIN A. PEDERSON
JENNIFER L. WILLIAMS
Deputy City Attorneys



Milwaukee City Hall Suite 800 • 200 East Wells Street • Milwaukee, Wisconsin 53202-3551
Telephone: 414.286.2601 • TDD: 414.286.2025 • Fax: 414.286.8550

HEIDI WICK SPOERL
KATHRYN Z. BLOCK
THOMAS D. MILLER
PETER J. BLOCK
PATRICK J. MCCLAIN
HANNAH R. JAHN
JOANNA FRACZEK
JULIE P. WILSON
MEIGHAN M. ANGER
ALEXANDER R. CARSON
ALEXANDER T. MUELLER
ALEXANDER D. COSSI
LISA A. GILMORE
KATHERINE A. HEADLEY
L. ANTHONY JACKSON
STACY J. MILLER
JORDAN M. SCHETTLE
THERESA A. MONTAG
ALEXANDER E. FOUNDOS
TRAVIS J. GRESHAM
KYLE W. BAILEY
JOSEPH M. DOBBS
WILLIAM K. HOTCHKISS
CLINT B. MUCHE
ZACHARY A. HATFIELD
MEGHAN C. MCCABE
MARIA E. MESOLORAS
CYNTHIA HARRIS ORTEGA
Assistant City Attorneys

June 12, 2024

**VIA ECF FILING**

The Honorable Brett H. Ludwig
United States District Court Judge
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202

RE: *Coalition to March on the RNC v. City of Milwaukee, et al.*
    Case No. 24-CV-0704-BHL

Dear Judge Ludwig:

Yesterday the parties jointly contacted the Court by telephone to inform your clerk that we would formally seek referral of this matter to a magistrate judge for mediation to take place either Monday (June 17) or Tuesday (June 18), if possible. We are concurrently filing with this letter a *Joint Stipulation and Request for Order Referring The Case to Mediation and Extending the Briefing Schedule* which we pray that the Court adopt.

As the Court is aware this case concerns Plaintiff's proposed plans to demonstrate during the Republican National Convention (RNC) to be held in the City of Milwaukee from July 15, 2024, to July 18, 2024, and the City's Extraordinary Event Special Permitting Process related to the RNC. The parties contemplate mediation will include, in addition to counsel for the parties, a representative of Mayor Cavalier Johnson's office, the City's Commissioner of Public Works or his designee, and representatives of the Milwaukee Police Department, the United States Secret Service, and the U.S. Attorney's Office as counsel for the United States Secret Service, as well as one to two representatives of the Coalition to March on the RNC.

We wish to make the Court aware of these facts to facilitate its planning relative to accommodations for mediation.

Very truly yours,

s/ Jennifer Williams
JENNIFER WILLIAMS
Deputy City Attorney

s/ Clint Muche
CLINT MUCHE
Assistant City Attorney
*Counsel for Defendants*

s/ R. Timothy Muth
Ryan V. Cox
R. Timothy Muth
ACLU of Wisconsin Foundation
*Counsel for Plaintiffs*

JW/CM/cdr

1081-2024-988/291815