UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

COALITION TO MARCH ON THE RNC,

        Plaintiff,

  v.

CITY OF MILWAUKEE, CAVALIER JOHNSON, and
JERREL KRUSCHKE,

        Defendant.

Case No. 24-cv-0704-bhl

## ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR MEDIATION

Based on the correspondence and stipulation filed earlier today,

**IT IS HEREBY ORDERED** that this case is referred to Magistrate Judge Stephen C. Dries for the purpose of expedited mediation. The parties are directed to contact Judge Dries' chambers promptly to arrange for the mediation logistics.

**IS FURTHER ORDERED** that Defendants' response to Plaintiff's Expedited Motion for Preliminary Injunction, ECF No. 1, is now due on or before **June 20, 2024**. Plaintiff's reply brief is due on or before **June 26, 2024**.

Dated at Milwaukee, Wisconsin on June 12, 2024.

        s/ *Brett H. Ludwig*
        BRETT H. LUDWIG
        United States District Judge