UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

COALITION TO MARCH ON THE RNC,

    Plaintiff,

v.                     Case No. 24-CV-704

CITY OF MILWAUKEE,
CAVALIER JOHNSON in his official capacity
as Mayor of the City of Milwaukee, and
JERREL KRUSCHKE in his official capacity as
Commissioner of Public Works for the City of Milwaukee,

    Defendants.

---

## NOTICE OF APPEARANCE

---

PLEASE TAKE NOTICE that the City Attorney, Evan C. Goyke, by Assistant City Attorney Julie P. Wilson, represent and appear for defendants, the City of Milwaukee, Cavalier Johnson, and Jerrel Kruschke, in the above-entitled action, and demand that a copy of all proceedings subsequent to the summons and complaint herein be served at our office, at Suite 800, City Hall, 200 East Wells Street, Milwaukee, Wisconsin 53202-3551.

Dated and signed at Milwaukee, Wisconsin this 16th day of June, 2024.

                    EVAN C. GOYKE
                    City Attorney

                    s/ Julie P. Wilson
                    JULIE P. WILSON

ADDRESS:           Assistant City Attorney
800 City Hall          State Bar No. 1034792
200 E. Wells Street     *Attorneys for Defendants*
Milwaukee, WI 53202
Telephone: (414) 286-6195
Facsimile: (414) 286-8550
Email: jwilson@milwaukee.gov         1081-2024-988/291896