# United States District Court
# Eastern District of Wisconsin

**PDF FILE WITH AUDIO FILE ATTACHMENT**

2:24−cv−00704

Coalition to March on the RNC v. City of Milwaukee et al

| | |
|---|---|
| Office : | 2   Milwaukee |
| Case Type : | cv |
| Case Number : | 2:24−cv−00704 |
| Case Title : | Coalition to March on the RNC v. City of Milwaukee et al |
| Session Date/Time : | 6/24/24 at 11:30 a.m. |
| Audio File Name : | rnc.mp3 |
| Audio File Size : | 21.7 MB |
| Audio Run Time : | 00:22:38 |

**Help Using This File :**

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Paper Clip icon or View > Show/Hide > Navigation Panes > Attachments. Select the Audio File and click Open.
**MPEG Layer−3 audio coding technology from Fraunhofer IIS and Thomson.**

This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C.Â§ 753 (b) "[n]o transcripts of the proceedings of the court shall be considered official exept those made from the records certified by the reporter or other individual designated to produce the record."