# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

<u>Court Minutes and Order</u>

| | |
|---|---|
| HEARING DATE: | June 24, 2024 |
| JUDGE: | Brett H. Ludwig |
| CASE NO.: | 24-cv-0704-bhl |
| CASE NAME: | Coalition to March on the RNC v. City of Milwaukee et al. |
| MATTER: | Status and Scheduling Conference |
| APPEARANCES: | Hayley Archer & Ryan Cox, Attorneys for Plaintiff |
| | Clint Muche & Julie Wilson, Attorneys for Defendants |
| TIME: | 11:32 a.m. – 11:55 a.m. |
| COURTROOM DEPUTY: | Julie D. |

**AUDIO OF THIS HEARING IS AT ECF NO. 31**

---

The Court recited the procedural history of the case and counsel provided their opinions on how the case should proceed. The Court granted Defendants' pending motion to file an oversized brief. The Court also questioned whether the Coalition is the real party in interest under Rule 17(a) and wanted to confirm there were no standing issues, given that the Coalition is the sole plaintiff. Counsel for Plaintiff agreed to address the issue in its forthcoming reply brief. Defense counsel raised questions concerning the potential mootness of some of Plaintiff's claims and the Court directed Plaintiff to identify in the reply brief the specific constitutional violations Plaintiff is still pursuing and the specific relief it is requesting, given recent developments. The Court encouraged Plaintiff to be concise in its writing, but confirmed it would not be constrained by the local rules' page limits.

Counsel for Plaintiff confirmed that Plaintiff does not intend to offer testimony in support of its motion and will seek a ruling based on the parties' written submissions. Defense Counsel agreed with that approach. The Court set oral argument on Plaintiff's motion for a preliminary injunction, (ECF No. 1), for **Wednesday, July 3 at 9:00 a.m.** Oral argument will be confined to the parties' written submissions. The Court encouraged the parties to continue talking in the interim to try to find an amicable resolution.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Enlarge Page Limits, ECF No. 23, is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court will hear oral argument on Plaintiff's Motion for a Preliminary Injunction, ECF No. 1, on **Wednesday, July 3 at 9:00 a.m.** in Courtroom 320, 517 E Wisconsin Ave., Milwaukee, WI 53202.

Dated at Milwaukee, Wisconsin on June 24, 2024.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge
