Exhibit 24

