

Attach. 1

Ryan Cox <rcox@aclu-wi.org>

## Secret Service - Coalition to March on RNC v. Milwaukee - Accepted Service

**Ryan Cox** <rcox@aclu-wi.org>  Fri, Jun 28, 2024 at 12:19 PM
To: "Carter, Michael A.(USAWIE) 2" <Michael.A.Carter@usdoj.gov>
Cc: "R. Timothy Muth" <tmuth@aclu-wi.org>, Hayley Archer <harcher@aclu-wi.org>

Mr. Carter,

As promised, attached are courtesy copies of our filings from last night in the case referenced below. The Amended Complaint adds the U.S. Secret Service as a Defendant. I am also attaching Plaintiff's Reply Brief (related to our previously filed Motion for Preliminary Injunction) that asks for preliminary relief against the Secret Service as well. These are being served today.

As I mentioned before, there is a hearing set on the Motion for Preliminary Injunction for July 3rd at 9am.

Please give me a call if you have any questions. Thanks!

On Thu, Jun 27, 2024 at 9:54 AM Carter, Michael A.(USAWIE) 2 <Michael.A.Carter@usdoj.gov> wrote:

> Mr. Cox,
>
> Thank you for your email. I am not authorized to waive or accept service. Please serve the United States and the Secret Service in compliance with Federal Rule of Civil Procedure 4(i).
>
> I would appreciate a courtesy copy of the materials. Thank you.
>
> Michael Carter
>
> Assistant United States Attorney
>
> Deputy Chief, Civil Division
>
> Eastern District of Wisconsin
>
> Direct: 414-297-4101
>
> ---
>
> **From:** Ryan Cox <rcox@aclu-wi.org>
> **Sent:** Thursday, June 27, 2024 6:42 AM
> **To:** Carter, Michael A.(USAWIE) 2 <mcarter2@usa.doj.gov>
> **Cc:** R. Timothy Muth <tmuth@aclu-wi.org>; Hayley Archer <harcher@aclu-wi.org>
> **Subject:** [EXTERNAL] Secret Service - Coalition to March on RNC v. Milwaukee - Accepted Service
>
> Good morning Mr. Carter,
>
> I am one of the attorneys representing the Plaintiff in the above named case (24-cv-704 in the EDWI). I was out of the office last week, but my understanding is that you represented the Secret Service at the attempted mediation of this case back on June 17th. Based on the plans that were released last Friday, we intend to file an Amended Complaint

today that adds the Secret Service as a Defendant in the case. We are familiar with the service requirements, but considering the time constraints (we are currently set for a hearing on our Preliminary Injunction Motion in the case on Wednesday, July 3rd at 9am), I wanted to reach out and ask if you can accept service for the United States Secret Service in this matter, or if there is someone else you are aware of who should receive courtesy copies of case materials while service is being perfected. Please let me know as soon as you are able. Thanks!

--

**Ryan V. Cox** (he/him)
*Legal Director*

ACLU of Wisconsin Foundation, Inc.

207 E. Buffalo St., Suite 325
Milwaukee, WI 53202-5774

414-272-4032 x244 (direct)

414-272-0182 (fax)

www.aclu-wi.org

--
**Ryan V. Cox** (he/him)
*Legal Director*
ACLU of Wisconsin Foundation, Inc.
207 E. Buffalo St., Suite 325
Milwaukee, WI 53202-5774
414-272-4032 x244 (direct)
414-272-0182 (fax)
www.aclu-wi.org



---

**7 attachments**

- 📄 **Summons 24cv704 Cheatle.pdf**
  355K

- 📄 **24-cv-704 Amended Complaint.pdf .pdf**
  3384K

- 📄 **24-cv-704 Exhibit 24 .pdf**
  178K

- 📄 **24-cv-704 Exhibit 22.pdf**
  176K

- 📄 **24-cv-704 Exhibit 21 .pdf**
  295K

- 📄 **24-cv-704 Exhibit 23.pdf**
  100K

- 📄 **24-cv-704 Plaintiff's Reply Brief.pdf**
  5197K