UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

COALITION TO MARCH ON THE RNC,

          Plaintiff,                    Case No. 24-cv-704

v.

CITY OF MILWAUKEE, et al.

          Defendants.

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael A. Carter appears for Defendant, Kimberly Cheatle, in her official capacity as Director of the United States Secret Service, in the above-entitled action. Defendant Cheatle notes that Plaintiff has not completed service of its Amended Complaint as required by Federal Rule of Civil Procedure 4(i)(2).[1]

Please direct all ECF notices to Attorney Carter at Michael.A.Carter@usdoj.gov.

Dated this 2nd day of July, 2024.

                                              GREGORY J. HAANSTAD
                                              United States Attorney

                By:    /s/ Michael A. Carter

                                              MICHAEL A. CARTER
                                              Assistant United States Attorney
                                              Eastern District of Wisconsin
                                              State Bar No. 1090041
                                              517 East Wisconsin Avenue

---

[1] Service is defective, at the very least, because Plaintiff did not serve the United States Attorney's Office with the Amended Complaint as required by Rule 4(i)(2). See ECF 37, Declaration of Ryan Cox, ¶ 8 (stating that Plaintiff served the Amended Complaint on the Attorney General and two Secret Service offices); compare Fed. R. Civ. Pro. 4(i)(2) (for service on a federal officer in her official capacity, plaintiff must serve the United States under Rule 4(i)(1), which requires service on the U.S. Attorney's Office and the Attorney General, as well as the officer).

Milwaukee, WI 53202
(414) 297-4101
Fax: (414) 297-4394
Michael.A.Carter@usdoj.gov