UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

COALITION TO MARCH ON THE RNC,

    Plaintiff,

v.         Case No. 24-CV-704

CITY OF MILWAUKEE,
CAVALIER JOHNSON in his official capacity
as Mayor of the City of Milwaukee, and
JERREL KRUSCHKE in his official capacity as
Commissioner of Public Works for the City of Milwaukee,

    Defendants.

---

## DECLARATION OF CLINT MUCHE

---

STATE OF WISCONSIN)

MILWAUKEE COUNTY)

I, Clint Muche hereby make the following declaration:

1. I am an adult resident of the State of Wisconsin and base this declaration on my personal knowledge.

2. I and am employed in the City of Milwaukee City Attorney's Office as an Assistant City Attorney.

3. The City accepted registrations for Official Parade Route and Official Speaker's Platform registrations via an online portal found at:

   https://forms.office.com/pages/responsepage.aspx?id=WWSIOHdfIka5DkNsmUulAfwv_dCkp2tArVEd0tRbr9NUNTFRWDFJN1pGOFBWRVFLOUdMSks2R0gyOS4u.

4. Registration is now closed.

5. On Tuesday, July 2, 2024, at 1:07 p.m., I received an email from Nick DeSiato, Chief of Staff to Mayor Cavalier Johnson, with an Excel file attached entitled "2024 RNC (July 15-July 18) Demonstration Speakers Platform and Parade Sign-Up (1-140).xlsx."

6. Based on information and belief, that file reflects an export of all registrations received by the City of Milwaukee through its online registration portal prior to its closing.

7. I have reviewed the data exported to the Excel file from the online registration portal.

8. The online portal asked applicants to specify whether they were registering for a parade time-slot, a speaker's platform time-slot, or both.

9. The data set reflects that One Hundred Forty (140) total registrations were received prior to the close of the registration period.

10. Of those 140 registrations, eighteen (18) applicants requested a parade only.

11. Thirty-three (33) applicants requested a Speaker's Platform registration only.

12. Eighty-nine (89) applicants sought both a parade time-slot and a speaker's time-slot.

I declare under penalty of perjury that the foregoing is true and correct. Executed on <u>July 3, 2024</u>.

s/Clint Muche_____  
CLINT MUCHE

1081-2024-988/292252