# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

Court Minutes

| | |
|---|---|
| HEARING DATE: | July 3, 2024 |
| JUDGE: | Brett H. Ludwig |
| CASE NO.: | 24-cv-0704-bhl |
| CASE NAME: | Coalition to March on the RNC v. City of Milwaukee et al. |
| MATTER: | Preliminary Injunction Hearing |
| APPEARANCES: | Timothy Muth, Hayley Archer & Ryan Cox, Attorneys for Plaintiff |
| | Clint Muche, & Julie P. Wilson, Attorneys for City Defendants |
| | Michael Carter, Attorney for Defendant Kimberly A. Cheatle |
| TIME: | 9:07 a.m. – 12:32 p.m. |
| COURTROOM DEPUTY: | Julie D. |
| COURT REPORTER: | Sue Armbruster |

The Court began by reciting the procedural history of the case and then addressing several preliminary matters with the parties. Specifically, the Court first confirmed that Plaintiff had adequately addressed the Court's standing concerns in its reply brief. The Court then questioned Plaintiff's counsel on Plaintiff's attempt to assert claims under 42 U.S.C. § 1983 against federal officer (not state actor) Defendant Kimberly A. Cheatle, the Director of the United States Secret Service. Last, the Court expressed frustration with Plaintiff's inconsistent requests for relief. Counsel for Plaintiff and Defendant Cheatle addressed the potential claims against her and agreed to address the issue further in post-hearing submissions. Plaintiff's counsel then identified three specific requests for injunctive relief. The Court then heard argument from the parties on Plaintiff's motion for a preliminary injunction, (ECF No. 1). The Court took the motion under advisement and promised to try to release a decision promptly. Defendants declined to agree to advance the case to a trial on the merits, but all parties agreed to inform the Court within 48 hours of its ruling on the preliminary injunction requests if they consented to entry of a final judgment based on the ruling or, instead, would seek further proceedings and a trial on the merits. Counsel for the City Defendants also agreed to inform the Court of the number of groups that applied to conduct parades along the prescribed parade route. The Court will expect that report as soon as possible.