UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

COALITION TO MARCH ON THE RNC,

        Plaintiff,                                  Case No. 24-cv-0704-bhl

    v.

CITY OF MILWAUKEE, CAVALIER JOHNSON,
JERREL KRUSCHKE, and KIMBERLY A. CHEATLE,

        Defendants.

## PRELIMINARY INJUNCTION

Plaintiff Coalition to March on the RNC has established a likelihood of success on the merits of its claim that subsection 9a-2 of the Special Event Ordinance is facially unconstitutional as an overbroad prior restraint on First Amendment activities. Because the Court also concludes that the Coalition is likely to suffer irreparable harm absent preliminary relief, and that the balance of equities and public interest weigh in favor of a preliminary injunction, it grants the Coalition's request for a preliminary injunction enjoining Defendants City of Milwaukee and Commissioner of Public Works Jerrel Kruschke from denying or revoking parade or speaker's platform registrations pursuant to subsection 9a-2 of the Special Event Ordinance.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants City of Milwaukee and Commissioner of Public Works Jerrel Krushcke are enjoined from denying or revoking permit registrations pursuant to subsection 9a-2 of the Special Event Ordinance based on an applicant or his or her associate's prior criminal conviction.[1]

Dated at Milwaukee, Wisconsin on July 8, 2024.

                                                      s/ *Brett H. Ludwig*
                                                      BRETT H. LUDWIG
                                                      United States District Judge

---

[1] This relief is entered on a preliminary basis only. As agreed at oral argument, if any party wishes to have further proceedings, they must notify the Court with a filing on the docket within 48 hours of the entry of this Decision and Order. Absent such notice, the Court will treat this matter as having been advanced to a full trial on the merits under Fed. R. Civ. P. 65(a)(2) and a final judgment will be entered.