

207 East Buffalo Street, Ste 325
Milwaukee, WI 53202
(414) 272-4032
aclu-wi.org

July 10, 2024

**VIA ECF FILING**

Hon. Brett H. Ludwig
United States District Judge
Eastern District of Wisconsin

Re: Case 2:24-cv-00704-BHL Coalition to March on the RNC v. City of Milwaukee et al

Dear Judge Ludwig:

This letter is in response to your request that the parties notify the Court of the necessity of further proceedings in the case within 48 hours after the Court ruled on the preliminary injunction motion. For the Plaintiff, it will be acceptable for the Court to proceed according to Rule 65(a)(2), Fed. R. Civ. Pro., and reduce its rulings to a final judgment. No further proceedings on the merits should be necessary.

Sincerely,

/s R. Timothy Muth

Counsel for Plaintiff Coalition to March on the RNC.