UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

COALITION TO MARCH ON THE RNC,

    Plaintiff,

**JUDGMENT IN A CIVIL CASE**

    v.

Case No. 24-cv-0704-bhl

CITY OF MILWAUKEE, CAVALIER JOHNSON,
JERREL KRUSCHKE and KIMBERLY A. CHEATLE

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒ **Decision by Court.** This action came before the Court for consideration. The Court has decided the issues and rendered a decision.

    **IT IS HEREBY ORDERED AND ADJUDGED** that Defendants City of Milwaukee and Commissioner of Public Works Jerrel Kruschke are **permanently enjoined** from denying or revoking permit registrations pursuant to subsection 9a-2 of the Special Event Ordinance, as set forth in the Court's July 8, 2024 Preliminary Injunction, (ECF No. 47). All other relief requested by Plaintiff Coalition to March on the RNC is **denied** and the case is terminated pursuant to Federal Rule of Civil Procedure 65(a)(2).[1]

    Approved and Dated at Milwaukee, Wisconsin on July 11, 2024.

    s/ *Brett H. Ludwig*
    BRETT H. LUDWIG
    United States District Judge

    GINA M. COLLETTI
    Clerk of Court

    s/ *Julie D.*
    (By) Deputy Clerk

---

[1] Consistent with the parties' agreement at oral argument and as set forth in the Court's July 8, 2024 Decision and Order, (ECF No. 46), the Court is treating this matter as having been advanced to a full trial on the merits under Fed. R. Civ. P. 65(a)(2) and is entering a final judgment given that neither party notified it within 48 hours of the Court's ruling that they desired to conduct further proceedings.