IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF WISCONSIN

Coalition to March on the RNC,

    Plaintiff,

v.                                                  Case No. 2:24-cv-00704

City of Milwaukee, *et al.*,

    Defendants.

## NOTICE OF WITHDRAWAL OF HAYLEY I. ARCHER
## AS COUNSEL FOR PLAINTIFF

Undersigned counsel, Hayley I. Archer, respectfully provides notice pursuant to Civil L.R. 7.1(e)(1) of withdrawal as counsel for the Plaintiff in the above-captioned case and, in support of this Notice, states as follows.

1. I previously appeared as counsel of record for the Plaintiff in this matter in conjunction with a team of attorneys. I am leaving the ACLU of Wisconsin Foundation on January 10, 2025, and will be unable to continue as counsel for Plaintiff in this case.

2. Ryan Cox and R. Timothy Muth of the ACLU of Wisconsin Foundation will continue to serve as counsel of record for the Plaintiff. The Court has previously entered final judgment in this case and only Plaintiff's Motion for Attorney Fees & Costs remains pending with the Court. Accordingly, the parties will not suffer any prejudice as a result of my withdrawal.

3. Pursuant to L.R. 7.1(e)(1), this notice will be provided to all parties by electronic filing.

WHEREFORE, Plaintiff's counsel respectfully request termination of Hayley I. Archer as counsel for Plaintiff in the above-captioned case.

Respectfully submitted this 9th day of January, 2025.

*s/ Hayley I. Archer*
Hayley I. Archer
WI SBN 1101459
American Civil Liberties
Union Foundation of
Wisconsin
207 E. Buffalo St. Unit 325
Milwaukee, WI 53202
Telephone: (414) 272-4032

**ATTORNEY FOR PLAINTIFF**
